**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1396

PATRICIA A. EADDY,

Plaintiff - Appellant,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Thomas M. DiGirolamo, Magistrate Judge. (8:11-cv-02307-TMD)

Submitted: July 26, 2013           Decided:  August 6, 2013

Before AGEE and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patricia A. Eaddy, Appellant Pro Se.  Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia A. Eaddy appeals the district court's order upholding the Commissioner of Social Security's decision to reduce her widow's benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Eaddy v. Astrue, No. 8:11-cv-02307-TMD (D. Md. Jan. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED